UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES WERNER,

              Plaintiff,

   v.

3FORGE LLC,

              Defendant.

No. 24 CV 04645 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Clerk of Court shall limit the viewing of docket numbers 1, 7, 8, and 9 in this matter to SEALED.

**SO ORDERED.**

Dated:    April 29, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1